ARMAND CARON, ADMINISTRATOR (ESTATE OF ADOLPH FOURNIER) *v.* SALVATORE TESTA ET AL.

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued June 7—decided June 7, 1967

*Sidney Vogel,* for the appellant (plaintiff).

*Paul V. McNamara,* with whom, on the brief, was *Donald J. St. John,* for the appellees (defendants).

PER CURIAM.   There is no error.